# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### (Central Division)

| | |
|---|---|
| KENNY AUGUSTO TETZAGUIC LUX, GERVER NOEL MARROQUIN ARGUETA, ISAIAS TEVALAN LOPEZ, CONSUELO ESPERANZA LUX TEPAZ, CECILIA ANGELICA BERNAL COBO, and JUAN CARLOS TETZAGUIC LUX,<br><br>    Plaintiffs,<br><br>vs.<br><br>CENTRUM VALLEY FARMS, and JOSE CORNEJO,<br><br>    Defendants. | Case No. 3:25-CV-03017<br><br><br><br>**TRIAL SCHEDULING ORDER AND DISCOVERY PLAN** |

Counsel have conferred and submit the following case information and proposed dates for case management:

1. Did the parties both (a) enter into an agreement at the Rule 26(f) conference resolving all issues relating to initial disclosures, and (b) discuss the preservation, disclosure, and
   discovery of electronically stored information? ☒ yes ☐ no.

   *If any party objected at the Rule 26(f) conference to making or to the timing of the initial disclosures, then the objecting party must, within 14 days after this order and plan has been filed, serve and file a document in which the objections are set forth with particularity.* If the parties have agreed to a deadline for making the initial disclosures, state the date by which the initial disclosures will be made: July 15, 2025

2. Deadline for motions to add parties: August 18, 2025

3. Deadline for motions to amend pleadings: August 18, 2025

4. Expert witnesses disclosed by:
   a. Plaintiff: September 18, 2025
   b. Defendant: November 18, 2025
   C. Plaintiff Rebuttal: December 18, 2025

5. Deadline for *completion* of discovery: February 15, 2026

6. Dispositive motions deadline *(at least 150 days before Trial Ready Date)*: February 16, 2026

7. Trial Ready Date *(at least 150 days after Dispositive Motions Date)*: **June 16, 2026**

8. Has a jury demand been filed? [X] yes ☐no

9. Estimated length of trial:    12 days

10. Do the parties unanimously consent to trial, disposition and judgment by a U.S. Magistrate Judge, with appeal to the Eighth Circuit Court of Appeals pursuant to 28 U.S.C. § 636(c)?

   ☐yes [X] no

11. Are each of the attorneys in this case admitted to practice in the Northern District of Iowa pursuant to Local Rule 83? [X] yes ☐ no

**PARRISH KRUIDENIER, LLP**
*/s/ Benjamin Bergmann*
Benjamin Bergmann AT0009469
Nathan Sandbothe    AT0015317
2910 Grand Avenue
Des Moines, Iowa 50312
Telephone: (515) 284-5737
Facsimile: (515) 284-1704
E-Mail:  bbergmann@parrishlaw.com
        nsandbothe@parrishlaw.com
**ATTORNEYS FOR PLAINTIFFS**

**BROWN, WINICK, GRAVES, GROSS, BASKERVILLE, P.L.C.**
/s/
Danielle D. Smid, AT0002148
Kathryn A. Leidahl, AT0014930
666 Grand Avenue, Suite 2000
Des Moines, Iowa 50309-2510
Telephone: 515-242-2415
Facsimile: 515-283-0231
E-mail: danielle.smid@brownwinick.com
E-mail: Kathryn.leidahl@brownwinick.com
**ATTORNEYS FOR DEFENDANTS**