**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**(Central Division)**

| | |
|---|---|
| KENNY AUGUSTO TETZAGUIC LUX, GERVER NOEL MARROQUIN ARGUETA, ISAIAS TEVALAN LOPEZ, CONSUELO ESPERANZA LUX TEPAZ, CECILIA ANGELICA BERNAL COBO, and JUAN CARLOS TETZAGUIC LUX, <br><br> **Plaintiffs,** <br><br> vs. <br><br> CENTRUM VALLEY FARMS, and JOSE CORNEJO, <br><br> **Defendants.** | **Case No. 3:25-cv-03017-LTS-KEM** <br><br><br> **JOINT MOTION TO CONTINUE TRIAL AND ALL DEADLINES, REQUEST FOR STATUS CONFERENCE** |

**COME NOW** the parties, and for their Joint Motion to Continue Trial and all Deadlines, as well as request for a status conference, respectfully state the following:

1. On June 18, 2025, the Court entered a scheduling order containing the following deadlines:

   a. Initial Disclosures: July 15, 2025

   b. Motions to Add Parties: August 18, 2025

   c. Motions to Amend Pleadings: August 18, 2025

   d. Expert Witness Disclosures

      i. Plaintiffs' experts: September 18, 2025

      ii. Defendants' experts: November 18, 2025

      iii. Plaintiffs' rebuttal experts: December 18, 2025

e. Completion of Discovery: February 15, 2025

f. Dispositive motions: February 16, 2025

g. Trial ready date: June 16, 2025

2. By separate order, trial was set for August 3, 2026.

3. The parties have exchanged initial disclosures and some written discovery. The parties are in the process of scheduling depositions.

4. This is a complex civil matter with six Plaintiffs bringing multiple claims, Defendants have raised multiple defenses, and there are many witnesses involved. Given the number of Plaintiffs, and the number of defense witnesses to be deposed, scheduling depositions has proven difficult with the conflicting schedules amongst Plaintiff and Defendants' counsel.

5. Additionally, the Plaintiffs require the services of a Spanish to English interpreter in order to provide deposition testimony. Obtaining a certified reporter and making sure the proposed deposition dates work for the interpreter may cause additional delay.

6. The discovery deadline, dispositive motion deadline, and trial date cannot realistically be met. Depositions cannot be completed before the close of discovery, and the transcripts will not be available until after the dispositive motion deadline has passed.

7. Plaintiffs have conferred with counsel for the Defendants, who agree to continuing the trial date and other deadlines in this matter.

8. Mr. Sandbothe, counsel for Plaintiffs, conferred with counsel for Defendants pursuant to Local Rule 7(k) by email, on February 3, 2026 and on February 9, 2026. On

2

February 10, 2026, Defense counsel Kathryn Lenz wrote: "We agree to continuing the deadlines. Given the extent of discovery in this case, we would be open to pushing deadlines even 8 months to give the parties some breathing room."

9.      The parties are tentatively scheduling Plaintiff's depositions for late April, and the Defendant's depositions for early May. None of these dates have been confirmed yet.

10.      The parties hereby request a status conference to select a new trial date and to pick discovery deadlines based on that new trial date. Plaintiffs suggest the status conference should be held telephonically.

**WHEREFORE,** the parties jointly request this Court enter an order scheduling a status conference and, after said conference, continue trial and continue trial and all discovery deadlines.

**PARRISH KRUIDENIER, L.L.P.**

By:   /s/ *Benjamin D. Bergmann*
          Benjamin Bergmann        AT0009469
          Nathan Sandbothe        AT0015317
          2910 Grand Avenue
          Des Moines, Iowa 50312
          Telephone: (515) 284-5737
          Facsimile: (515) 284-1704
          E-Mail:  bbergmann@parrishlaw.com
                    nsandbothe@parrishlaw.com
          **ATTORNEYS FOR PLAINTIFFS**

3